ROBERT W. LYONS (45548)
LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Defendant
JESUS ALBERTO BUENO MEZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

YOSEMITE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 6:14-mj-00075-MJS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JESUS ALBERTO BUENO MEZA, | |
| Defendant. | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current status conference hearing date of Wednesday, October 8, 2014 at 10:00 a.m., be continued to Wednesday, November 5, 2014 at 10:00 a.m. The reason for this continuance is that defendant has just recently hired defense counsel and defense counsel requires time to avoid calendar conflict and to review the facts in this matter.

The parties agree that a continuance of the status conference to November 5, 2014 is necessary to ensure both effective case preparation and the availability of defense counsel, and denial of such a continuance would unreasonably deny defendant effective case preparation and continuity of counsel.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE - 1

Date:  October 3, 2014                                /s/Robert W. Lyons
                                                      Robert W. Lyons
                                                      Attorney for Jesus Bueno Meza

Date: October 3, 2014                                 /s/Susan St. Vincent
                                                      Susan St. Vincent
                                                      Assistant United States Attorney

### ORDER

Good cause appearing, the above stipulation to continue status conference in a Case No.: 6:14-mj-00075-MJS is accepted and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   October 6, 2014                  /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE - 3