Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS ALBERTO BUENO MEZA,<br><br>　　　　　Defendant. | No.  6:14-mj-075-MJS<br><br>**MOTION TO DISMISS AND VACATE STATUS CONFERENCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and an order to vacate the currently scheduled Status Conference on June 9, 2015, at 10:00 a.m.. The Government cannot prove its case beyond a reasonable doubt.

Dated:  May 8, 2015                                       NATIONAL PARK SERVICE


　　　　　　　　　　　　　　　　　　　　　　 /S/ Matthew McNease_____
　　　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Jesus Alberto Bueno Meza;* 6:14-mj-075-MJS, be dismissed, without prejudice, and the scheduled Status Conference on June 9, 2015, be vacated.

IT IS SO ORDERED.

Dated:   May 11, 2015                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE